No: 13-3253

United States of America

Appellee

v.

Fred W. Robinson

Appellant

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:11-cr-00361-AGF-1)

---

**ORDER**

The court reporter's motion for an extension of time to file the transcript has been granted. The following revised briefing schedule has been established:

|  |  |
|---|---|
| Transcript Due: | **12/16/2013** |
| Appellant Brief Due: | **12/30/2013** |

November 18, 2013

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans