# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

February 20, 2014

Mr. Anthony E. Rothert
AMERICAN CIVIL LIBERTIES UNION OF MISSOURI FOUNDATION
454 Whittier Street
Saint Louis, MO 63108-0000

RE: 13-3253 United States v. Fred Robinson

Dear Counsel:

The consent motion for leave to file a brief as amicus curiae in support of the Appellant filed by the American Civil Liberties Union and the American Civil Liberties Union of Missouri has been granted and the brief of amicus curiae was filed on February 20, 2014. If you have not already done so, please complete and file an Appearance form. You can access the Appearance Form at www.ca8.uscourts.gov/all-forms.

Please note that Federal Rule of Appellate Procedure 29(g) provides that an amicus may only present oral argument by leave of court. If you wish to present oral argument, you need to submit a motion. Please note that if permission to present oral argument is granted, the court's usual practice is that the time granted to the amicus will be deducted from the time allotted to the party the amicus supports. You may wish to discuss this with the other attorneys before you submit your motion.

Michael E. Gans
Clerk of Court

MER

Enclosure(s)

cc: Ms. Catherine Crump
    Ms. Diane Dragan
    Mr. Richard E. Finneran
    Mr. Hal Goldsmith
    Mr. Brian Hauss
    Ms. Felicia Annette Jones
    Mr. Fred W. Robinson
    Mr. Nathan Freed Wessler

District Court/Agency Case Number(s): 4:11-cr-00361-AGF-1